**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J.   07101-0419**

William T. Walsh
Clerk

(973) 645-3730

**CAMDEN OFFICE**
USPO & Courthouse
401 Market Street
Camden, N.J.  08101

**TRENTON OFFICE**
402 East State Street
P.O. Box 515
Trenton, N.J.  08603

REPLY TO: Newark

Date     April 29, 2010

Ministry of Foreign Affairs
Republic of Libya

Attn:  Foreign Minister

Re:  Rabbi Shmuley Boteach, etal v. Socialist People's Libyan Arab Jamahiriya, etal
United States District Court
District of New Jersey
Civil Action No. 09-5344(William J. Martini)

Dear Sir or Madam:

Pursuant to Section 1608 (a) (3) of Title 28 of the United States Code, you are hereby provided Service of Process of the enclosed Summons and Complaint naming the Socialist People's Libyan Arab Jamahiriya, Muammar Abu Minyar Al-Qaddafi, Ibrahim Dabbashi, Quattro Construction Management LLC, and Sal Dunia as defendants in the above matter.

Under Section 1608 (d) of Title 28 of the United States Code, you have sixty (60) days from receipt within which to Answer or otherwise respond.

Very truly yours,

**WILLIAM T. WALSH**

WILLIAM T. WALSH, CLERK

MARIE S. NUNES, DEPUTY CLERK

Enclosures