AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __NEW JERSEY__

DEBORAH BOTEACH
RABBI SHMULEY BOTEACH
        Plaintiffs
    V.

SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV. 09-5344 WJM

TO: (Name and address of Defendant)

SEE ATTACHED RIDER

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ERIC D. HERSCHMANN, ESQ.

KASOWITZ, BENSON, TORRES & FRIEDMAN
Suite 1600
ONE GATEWAY CENTER
NEWARK, NJ 07102

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                APRIL 29, 2010
CLERK    WILLIAM T. WALSH                DATE

(By) DEPUTY CLERK    Marie S. Nunes

### RIDER TO SUMMONS

SOCIALIST PEOPLE'S
LIBYAN ARAB JAMAHIRIYA;
MUAMMAR ABU MINYAR AL-QADDAFI;
IBRAHIM DABBASHI;
QUATTRO CONSTRUCTION
MANAGEMENT LLC; and
SAL DUNIA

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date            Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.