|  |  |  |
|---|---|---|
| RABBI SHMULEY BOTEACH, et al., | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |  |
|  | : | Hon. William J. Martini |
| -vs- | : | Civil Action No. 09-5344 (WJM) |
|  | : |  |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., | : | ORDER SCHEDULING CONFERENCE |
|  | : |  |
| Defendant(s). | : |  |

**IT IS** on this 26th day of July, 2010

**ORDERED** that there shall be an in-person status/settlement conference before the undersigned on **Monday, August 9, 2010** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**