# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY | LONDON | | TELEPHONE 212-696-6000 |
| ASTANA | MEXICO CITY | ATTORNEYS AND COUNSELLORS AT LAW | FACSIMILE 212-697-1559 |
| DUBAI | MILAN | | WWW.CURTIS.COM |
| FRANKFURT | MUSCAT | 101 PARK AVENUE | |
| HOUSTON | PARIS | NEW YORK, NEW YORK 10178-0061 | |
| ISTANBUL | WASHINGTON, D.C. | | |

WRITER'S DIRECT:
TEL.: 212-696-6196
E-MAIL: NDelaney@curtis.com
FACSIMILE: 917-368-8939

July 30, 2010

**VIA FEDERAL EXPRESS AND E-FILING**

Honorable Mark Falk
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Boteach et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*, No. 09-5344

Dear Judge Falk:

  We represent defendants the Socialist People's Libyan Arab Jamahiriya ("Libya"), Muammar Abu Minyar Al-Qaddafi and Ibrahim Dabbashi (the "Libyan Defendants") in the above-referenced action.

  We understood from our telephone conference with the Court on July 22 that the in-person status/settlement conference scheduled for August 9, 2010 concerns solely matters between the plaintiffs and defendants Quattro Construction Management, LLC and Sal Dunia. It is therefore our understanding that counsel for the Libyan Defendants need not attend this conference, and we do not intend to appear. If our understanding is incorrect, please let us know.

  Please also find enclosed a courtesy copy of our motion for an order granting the *pro hac vice* admission of Joseph D. Pizzurro as counsel for the Libyan Defendants in this case. A courtesy copy of these papers has also been sent to Judge Martini.

                    Respectfully,

                    Nancy E. Delaney

8087473v1

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

Honorable Mark Falk
July 30, 2010

cc: Eric D. Herschmann
Kasowitz, Benson, Torres &
Friedman LLP
One Gateway Center, Suite 2600
Newark, NJ 07102
*Attorneys for Plaintiffs*

Rosaria A. Suriano
Podvey, Meanor, Catenacci,
Hilder, Cocoziello & Chattman
One Riverfront Plaza, 8th Floor
Newark, NJ 07102
*Attorneys for Defendants Quattro Construction Management, LLC and Sal Dunia*

8087473v1